# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-2535
_____

Rufino John Villarreal

*Plaintiff - Appellant*

v.

Chris Bigsby, in his individual capacity; Kevin Beattie, in his individual capacity;
Michael Vance; Seward County Sheriff; Maria Hatfield; Seward County Detention
Center

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: December 15, 2022
Filed: December 20, 2022
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and STRAS, Circuit Judges.
_____

PER CURIAM.

Rufino Villarreal appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After a careful review, we conclude that the district court did not err in granting judgment for the defendants. <u>See</u> <u>Johnson v. Blaukat</u>, 453 F.3d 1108, 1112 (8th Cir. 2006) (grant of summary judgment is reviewed de novo). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Susan M. Bazis, United States Magistrate Judge for the District of Nebraska, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).